**Closed**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AJA JOHNSON, on behalf of herself and others similarly situated, | )  CASE NO.: CV 07-255-JFW (AJWx) |
| Plaintiff, | )  **FINAL JUDGMENT** |
| v. | ) |
| RICHMOND AMERICAN HOMES OF CALIFORNIA, INC., M.D.C. HOLDINGS. | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

It is hereby Judged and Decreed that the Action is dismissed with prejudice.  This Judgement is final and appealable and no just cause for delay exists.

**IT IS SO ORDERED:**

**DATED:March 26, 2008**

_____
JOHN F. WALTER
**UNITED STATES DISTRICT JUDGE**

_____
[PROPOSED] FINAL JUDGMENT